SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT: **LOUIS PARGIOLAS**

CASE NO. 03-20802-CR(s)

Deputy Clerk Patricia Mitchell    DATE January 31, 2011
Court Reporter Lisa Edwards       USPO Danielle Sylvester Pierre
AUSA Dwayne Williams              Deft's Counsel David Marcus/Marc Seitle
                                  Robin Kaplan

Interpreter: none                 Time: 3:00 pm -4:45pm

COUNTS DISMISSED   remaining

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

Sentencing cont'd until _____ at _____ PM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
|  |  | 36 | 1 |

Supervised Release 3yr    Conditions: 10 mos Home confinement with Electronic Monitoring; 250 Community Services Hours; drug/alcohol trmt, search of property and person; financial disclosure; Association Restriction

Probation

| Years | Months | Counts |
|---|---|---|
|  |  |  |

Special Conditions: _____

Assessment $ 100    Restitution $_____    Fine $_____

Restitution _____

CUSTODY

___ **Remanded to the Custody of the U.S. Marshal Service**
___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U.S. Marshal Service 3/7/2011
 X  Recommendation FL or as close as possible; evaluated for 500hr. Drug program