UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-20802-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

IGOR FEDERICO MANOTAS-LOPEZ,
    Defendant.
_____/

## **ORDER**

    THIS MATTER came before the Court on the Petitioner's Motion Requesting a Court's Order to Obtain Legal Documentation and Leave to Proceed in Forma Pauperis Pursuant to 28 USCS 753(f) and 2250 (DE# 894, 08/22/2011), the Second Defendant's Motion of Status (DE# 900, 09/28/2011), the Motion to Vacate Magistrate Judge's Report and Recommendation Report in Violation of Defendant's Due Process Rights and Allow Defendant to Properly and Timely File His Traverse Response to United States Motion (DE# 911, 12/14/2011) and the Motion for Appointment of Counsel (DE# 912, 12/29/2011). Having reviewed the applicable filings and the law, it is

    ORDERED AND ADJUDGED that the Petitioner's Motion Requesting a Court's Order to Obtain Legal Documentation and Leave to Proceed in Forma Pauperis Pursuant to 28 USCS 753(f) and 2250 (DE# 894, 08/22/2011) is **DENIED without prejudice to renew**. Since the filing of this motion, the undersigned has issued a Report and Recommendation (DE# 902, 10/4/11) that was adopted by the Court on December 14, 2011. See Order Adopting Report and Recommendation (D.E. 902) and Denying Defendant's Motion for Specific Performance (D.E. 879) (DE# 910, 12/14/11). It is unclear if the defendant is still in need of the requested information. In addition, the defendant has not indicated if he has requested the information from the government and if so, what the government's response was. It is further

    ORDERED AND ADJUDGED that the Second Defendant's Motion of Status (DE# 900, 09/28/2011) is **DENIED as moot**. The defendant received a copy of the undersigned's Report and Recommendation (DE# 902, 10/4/11) as evidenced by his objections filed on October 17, 2011. See Objection to Report and Recommendation (DE# 906, 10/17/11). It is further

ORDERED AND ADJUDGED that the Motion to Vacate Magistrate Judge's Report and Recommendation Report in Violation of Defendant's Due Process Rights and Allow Defendant to Properly and Timely File His Traverse Response to United States Motion (DE# 911, 12/14/2011) is **DENIED as moot**. The defendant had an opportunity to raise these arguments in his Objection to Report and Recommendation (DE# 906, 10/17/11). The defendant raised many of these arguments in his objection and the Court rejected the defendant's arguments. See Order Adopting Report and Recommendation (D.E. 902) and Denying Defendant's Motion for Specific Performance (D.E. 879) (DE# 910 at 5, 12/14/11) (observing that "[e]ven if Defendant did not receive a copy of the Government's Response to his Motion, the Government's arguments were incorporated in the Magistrate Judge's Report. Defendant was provided an opportunity to raise any objections to that Report with the Court, and he has done so."). Of note, this motion was filed on the same day that the Court issued its Order adopting the Report and Recommendation (DE# 902, 10/4/11). Id. It is further

ORDERED AND ADJUDGED that the Motion for Appointment of Counsel (DE# 912, 12/29/2011) is **DENIED**. The defendant is not entitled to counsel to pursue an appeal of the Order Adopting Report and Recommendation (D.E. 902) and Denying Defendant's Motion for Specific Performance (D.E. 879) (DE# 910 at 5, 12/14/11). The arguments raised in the defendant's Motion for Specific Performance (DE# 879, 5/24/11) seeking a modification of his sentence due to his substantial assistance and the alleged unwarranted disparity compared to the sentence of some of his co-defendants are tantamount to a Fed. R. Crim. P. 35 motion or a petition for habeas relief under 28 U.S.C. § 2255. There is no constitutional right to counsel for post-conviction collateral attacks. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987).

DONE AND ORDERED, in Chambers, at Miami, Florida this **5th** day of June, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

Copies mailed to:
Igor Federico Manotas-Lopez
CCA McRae Correctional Facility
P.O. Drawer 30
McRae, GA 31055